# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * *  *
RICHARD ESTEP, JAMES RUNYON,  *
LAUREL HUDDLESTON & SHERRI    *
YOUNG,                        *
                              *
            Plaintiffs,       *
       v.                     *       No. 12-169C
                              *       Filed:  August 23, 2013
UNITED STATES,                *
                              *
            Defendant.        *
* * * * * * * * * * * * * *  *
```

### O R D E R

On August 21, 2013, the court held a status conference in the above captioned case. As discussed at the status conference, on or before **Wednesday, September 4, 2013**, the defendant shall file a status report indicating how the parties propose to proceed. The discovery deadlines previously ordered by Judge Miller are temporarily suspended.

**IT IS SO ORDERED**.

<u>s/Marian Blank Horn</u>
**MARIAN BLANK HORN**
**Judge**