# In the United States Court of Federal Claims

```
*  *  *  *  *  *  *  *  *  *  *  *  *  *      *
RICHARD ESTEP, JAMES RUNYON,                  *
LAUREL HUDDLESTON & SHERRI                    *
YOUNG,                                        *
                    Plaintiffs,               *
         v.                                   *
                                              *
UNITED STATES,                                *
                                              *
                    Defendant.                *
*  *  *  *  *  *  *  *  *  *  *  *  *  *      *
```

No. 12-169C
Filed:  September 5, 2013

## O R D E R

The court is in receipt of the defendant's September 4, 2013 status report.  As indicated in the status report, the parties have agreed to have further settlement discussions and propose filing a status report in thirty days.  On or before **Friday, October 4, 2013**, the parties shall file a joint status report indicating how the parties propose to proceed.  One party may file the joint status report with the consent of the other party reflected within the status report.  The discovery deadlines previously ordered by Judge Miller remain temporarily suspended.

**IT IS SO ORDERED**.

<u>s/Marian Blank Horn</u>
**MARIAN BLANK HORN**
**Judge**